**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| BILLY NORMAN CULBERTSON,<br>ADC # 076385 | *<br>*<br>* | |
| Petitioner, | * | |
| v. | * | No. 5:16CV00257-SWW |
| | * | |
| WENDY KELLEY, Director,<br>Arkansas Department of Correction | *<br>*<br>* | |
| Respondent. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice, and the requested relief is DENIED.

IT IS SO ORDERED this 21st day of September, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE